AO 93 (Rev. 12/09) Search and Seizure Warrant

FILED
2012 DEC 26 PM 1:46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. A 12-M-748
Network Investigative Technique ("NIT") for e-mail )
address 512SocialMedia@gmail.com )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____State and____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location)*:

See "Attachment A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See "Attachment B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   December 31, 2012
   *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Mark P. Lane, United States Magistrate Judge   .
   *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __30__ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   12-18-2012   _____
   *Judge's signature*

City and state:   Austin, Texas   Mark P. Lane, United States Magistrate Judge
   *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: A-12-M-748 | Date and time warrant executed: 2:00 12/20/2012 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: FBI Contractor Russ Jensen | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/21/2012

*Executing officer's signature*

JUSTIN E. NOBLE   SA/FBI
*Printed name and title*

Noble, Justin E.
_____

**From:** rus jensen [rus.jensen@gmail.com]
**Sent:** Thursday, December 20, 2012 8:18 AM
**To:** Noble, Justin E.
**Subject:** IP info

Started checking late last night, checked in over a 5 hour period all with the same IP address: 64.134.124.7

```
NetRange:       64.134.0.0 - 64.134.255.255
CIDR:           64.134.0.0/16
OriginAS:       AS14654
NetName:        WAYPORT-64-134-NET
NetHandle:      NET-64-134-0-0-1
Parent:         NET-64-0-0-0-0
NetType:        Direct Allocation
Comment:        Law enforcement requests regarding records should be
directed to http://www.att.com/subpoena
Comment:        For policy abuse questions or concerns, please contact
abuse@wayport.net
Comment:        RWhois reassignment information for this block is
available at rwhois.wayport.net:4321
RegDate:        2000-07-21
Updated:        2012-06-25
Ref:            http://whois.arin.net/rest/net/NET-64-134-0-0-1

OrgName:        Wayport, Inc.
OrgId:          WYPR
Address:        4509 Freidrich Lane
Address:        Building III, Suite 300
City:           Austin
StateProv:      TX
PostalCode:     78744
Country:        US
RegDate:        1997-07-29
Updated:        2012-11-02
```

1

**Noble, Justin E.**

| | |
|---|---|
| **From:** | rus jensen [rus.jensen@gmail.com] |
| **Sent:** | Thursday, December 20, 2012 8:50 AM |
| **To:** | Noble, Justin E.; Mullen, Sean M. |
| **Subject:** | Device Info |

Content:
CPU: 2 x AMD A6-4400M APU with Radeon(tm) HD Graphics
RAM: 959MB free / 3561MB total (73% used) Hard Disk: 512540MB free / 589663MB total

Windows Version: Windows 7 Home Premium (64bit) Registered to: HBK (Hewlett-Packard) {}
Locale: en_US (UTC -06:00)

User Info: HBK {ADMIN}
SID: S-1-5-21-1198062593-3702655782-2914878053-1001

Application List (x86):
Adobe Flash Player 11 ActiveX (11.5.502.135) Adobe Flash Player 11 Plugin (11.5.502.135)
Adobe Shockwave Player 11.6 (11.6.3.633) HMA! Pro VPN 2.6.9 (2.6.9) CyberLink YouCam
(3.5.4.5822) IrfanView (remove only) (4.32) Mozilla Firefox 17.0.1 (x86 en-US) (17.0.1)
Mozilla Thunderbird 17.0 (x86 en-US) (17.0) Mozilla Maintenance Service (17.0) Microsoft
Office Click-to-Run 2010 (14.0.4763.1000) PlayBryte Remote Access Viewer Ver 4.5.1 Super-
AlexaBooster v1.10 HP Games (1.0.2.5) Windows Live Essentials (15.4.3538.0513) HP
Documentation (1.1.0.0) HP CoolSense (2.10.3) Bing Bar (7.1.391.0) Microsoft Visual C++ 2008
Redistributable - x86 9.0.30729.4148 (9.0.30729.4148) Java 7 Update 9 (7.0.90) Windows Live
Mesh ActiveX Control for Remote Connections (15.4.5722.2) LG United Mobile Driver (3.7.2.0)
Cisco LEAP Module (1.0.19) HP Quick Launch (2.7.2) Cisco EAP-FAST Module (2.2.14) HP Software
Framework (4.6.10.1) Microsoft Visual C++ 2005 Redistributable (8.0.61001) Microsoft Visual
C++ 2005 Redistributable (8.0.56336) Blio (2.2.8530) ESU for Microsoft Windows 7 SP1 (4.1.2)
BabylonObjectInstaller (2.0.0.3) MSXML 4.0 SP2 (KB954430) (4.20.9870.0) Realtek Ethernet
Controller Driver (7.48.823.2011) Microsoft Silverlight (4.1.10329.0) Evernote v. 4.5.2
(4.5.2.5904) HP MovieStore (2.1.21096.0) Microsoft Office Starter 2010 - English
(14.0.5139.5005) Microsoft Office 2010 (14.0.4763.1000) Microsoft PowerPoint Viewer
(14.0.6029.1000) Microsoft Visual C++ 2008 Redistributable - x86 9.0.30729.6161
(9.0.30729.6161) Adobe Reader X (10.1.4) MUI (10.1.4) HP Setup Manager (1.2.14901.3869)
Camtasia Studio 8 (8.0.3.994) Realtek PCIE Card Reader (6.2.8400.29029) Atheros Driver
Installation Program (9.2) PlayReady PC Runtime x86 (1.3.0) HP Power Manager (1.4.7) IDT
Audio (1.0.6417.0) HP On Screen Display (1.3.5) Cisco PEAP Module (1.1.6) HP Support
Assistant (7.0.39.15) Skype™ 5.10 (5.10.116) Microsoft SQL Server 2005 Compact Edition [ENU]
(3.1.0000) Microsoft Visual C++ 2010 x86 Redistributable - 10.0.40219 (10.0.40219) HP Setup
(9.0.15109.3899) MSXML 4.0 SP2 (KB973688) (4.20.9876.0) LG USB WML Modem Driver (1.0)

ApplicationList (x64):
AVG 2013 (2013.0.2805)
CCleaner (3.25)
Microsoft .NET Framework 4 Client Profile (4.0.30319) Synaptics Pointing Device Driver
(15.3.27.1) WinRAR 4.20 (64-bit) (4.20.0) Visual Studio 2010 x64 Redistributables (13.0.0.1)
Microsoft Visual C++ 2008 Redistributable - x64 9.0.30729.4148 (9.0.30729.4148) HP Launch Box
(1.1.5) Microsoft Visual C++ 2008 Redistributable - x64 9.0.30729.6161 (9.0.30729.6161) HP
Application Assistant (1.0.409.3882) Microsoft Visual C++ 2008 Redistributable - x64
9.0.30729.17 (9.0.30729) Yontoo 1.10.03 (1.10.03) AMD Catalyst Install Manager (3.0.864.0)
Microsoft Visual C++ 2005 Redistributable (x64) (8.0.61000) Microsoft Visual C++ 2010 x64
Redistributable - 10.0.30319 (10.0.30319) HP 3D DriveGuard (4.1.16.1) HP Security Assistant
(2.0.2)

1