UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUN 10 PM 3:30
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | § | |
| OF THE UNITED STATES FOR AN ORDER | § | |
| TO UNSEAL SEARCH WARRANT | § | Case No. A:12-MJ-748 |

## MOTION FOR ORDER TO UNSEAL

COMES NOW the United States of America by and through the United States Attorney for the Western District of Texas, and respectfully moves this Honorable Court for entry of an Order unsealing the application, affidavit, and search warrant.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

DANIEL D. GUESS
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas  78701
(512) 916-5858
Fax  (512) 916-5854
State Bar No. 00789328

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | § | |
| OF THE UNITED STATES FOR AN ORDER | § | |
| TO UNSEAL SEARCH WARRANT | § | Case No. A:12-MJ-748 |

### ORDER TO UNSEAL

Upon motion of the United States of America, for unsealing the application, affidavit, and search warrant as to the above address and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED THAT the application, affidavit, and search warrant be unsealed.

DATED this _____ day of _____, 2013.

_____
MARK LANE
United States Magistrate Judge