UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JUN 1 0 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE MATTER OF THE APPLICATION §
OF THE UNITED STATES FOR AN ORDER §
TO UNSEAL SEARCH WARRANT §    Case No. A:12-MJ-748

### ORDER TO UNSEAL

Upon motion of the United States of America, for unsealing the application, affidavit, and search warrant as to the above address and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED THAT the application, affidavit, and search warrant be unsealed.

DATED this 10th day of June, 2013.

MARK LANE
United States Magistrate Judge